UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GUY BRACKEN,<br>  *PLAINTIFF*<br>V.<br><br>TEXAS AUTOS DIRECT LLC<br>  *DEFENDANTS* | CASE NO: 3:25-CV-1715 |

CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7/1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D) and LR 81.2, Plaintiff Guy Bracken provides the following information: A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

   Guy Bracken

   Texas Autos Direct LLC

Respectfully submitted,

*/s/ ABC*

Amy Beth Clark, TX Bar No. 24043761
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
4500 Mercantile Plaza Drive; Ste 300

Fort Worth, TX 76137

Ph: 210-294-9273

eService: [courtfilings@cimentlawfirm.com](mailto:courtfilings@cimentlawfirm.com)

ATTORNEY FOR PLAINTIFF

Guy Bracken