**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **GUY BRACKEN,**<br> *Plaintiff*<br> *v.*<br> **TEXAS AUTOS DIRECT LLC,**<br> *Defendant* | **Case No: 3:25-CV-1715** |

---

### AGREED MOTION TO EXTEND MEDIATION DEADLINE

---

Plaintiff **Guy Bracken** and Defendant **Texas Autos Direct, LLC**, by and through their respective undersigned counsel, hereby jointly move this Court for an extension of the mediation deadline currently set for **June 5, 2026**, and in support thereof respectfully show the Court as follows:

### I.  BACKGROUND

1.      This case arises from claims asserted by Plaintiff Guy Bracken against Defendant Texas Autos Direct, LLC. The Court's scheduling order currently requires the parties to complete mediation on or before **June 5, 2026**.

2.      The parties have diligently engaged in pre-mediation efforts. Specifically, Plaintiff has tendered a formal monetary demand to Defendant, and the parties have engaged in substantive settlement discussions in preparation for mediation.

3.      The parties have jointly contacted and evaluated multiple mediators in an effort to identify a qualified neutral with availability that accommodates the schedules of both parties and their respective counsel. Despite these good-faith efforts, the parties have been unable to secure a mutually agreeable mediator with availability prior to the current deadline of June 5, 2026.

### II.  ARGUMENT

4.      Good cause exists for the requested extension. The inability to confirm a mediator is not the result of any lack of diligence on the part of either party, but rather the limited availability of qualified mediators within the timeframe prescribed by the Court's current scheduling order. Both parties remain committed to participating in mediation in good faith and to resolving this matter efficiently.

5.      An extension of the mediation deadline to **July 6, 2026** will provide the parties with sufficient time to confirm a mediator, schedule a mediation session, and participate meaningfully in the process. This extension will not prejudice either party, will not affect any other pending

deadlines without further order of the Court, and is consistent with the interests of judicial economy.

6.      This motion is agreed. Counsel for both parties have conferred and jointly request the relief sought herein.

## III.  PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, the parties jointly and respectfully request that this Court enter an Order:

(a)      Granting this Agreed Motion to Extend Mediation Deadline;

(b)      Extending the mediation deadline from June 5, 2026 to **July 6, 2026**.

Respectfully submitted,

Amy Beth Clark, TX Bar No. 24043761
Ciment Law Firm, PLLC
4500 Mercantile Plaza Drive, Suite 300
Fort Worth, Texas 76137
Ph: 210-294-9273
Email: amy@cimentlawfirm.com
eService: courtfilings@cimentlawfirm.com
ATTORNEY FOR PLAINTIFF GUY BRACKEN

By: /s/ Steven L. Eason
STEVEN L. EASON (SBN 06360990)
1420 W. Mockingbird Lane, Suite 600
Dallas, Texas 75247
Tel.: (214) 628-5000
Direct: (469) 942-5558
Fax: (214) 260-0850
Service Email: steve@easonlawpllc.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on **June 5, 2026**, a true and correct copy of the foregoing Agreed Motion to Extend Mediation Deadline and Order was served on all counsel of record via the Court's electronic filing system and/or email in accordance with the Federal Rules of Civil Procedure.

/s/ Amy Beth Clark
**Amy Beth Clark**