## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**GUY BRACKEN,**
  *Plaintiff,*
  *v.*
**TEXAS AUTOS DIRECT LLC,**
  *Defendant.*

**Case No: 3:25-CV-1715**

## ORDER GRANTING AGREED MOTION TO EXTEND MEDIATION DEADLINE

Before the Court is the *Agreed Motion to Extend Mediation Deadline* filed jointly by Plaintiff Guy Bracken and Defendant Texas Autos Direct, LLC (collectively, the "Parties").

Having considered the motion, the representations of counsel, and the relevant record, the Court finds that good cause exists to grant the requested extension.

Accordingly, **IT IS HEREBY ORDERED** that the Agreed Motion to Extend Mediation Deadline is **GRANTED**.

1. The mediation deadline is hereby **EXTENDED** from **June 5, 2026** to **July 6, 2026**.

2. The Parties shall complete mediation on or before **July 6, 2026**. The Parties shall file a mediation status report with the Court no later than seven (7) days following the conclusion of mediation.

3. All other deadlines and settings in the Court's scheduling order shall remain in full force and effect unless otherwise ordered by the Court.

SO ORDERED this _____ day of _____, 2026.


_____
**UNITED STATES DISTRICT JUDGE**
Northern District of Texas, Dallas Division